**IMES v. CITY OF ASHEVILLE**

[359 N.C. 182 (2004)]

REVERSED.

Justice NEWBY did not participate in the consideration or decision of this case.

---

JAMES EDWARD IMES v. CITY OF ASHEVILLE, CCL MANAGEMENT, INC., AND ASHEVILLE CITY COACH LINES, INC.

No. 250A04

(Filed 17 December 2004)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 163 N.C. App. 668, 594 S.E.2d 397 (2004), affirming an order entered by Judge Dennis J. Winner on 30 October 2002 in Superior Court, Buncombe County, dismissing plaintiff's complaint for failure to state a claim upon which relief can be granted. Heard in the Supreme Court 7 December 2004.

*The Sutton Firm, P.A., by April Burt Sutton and Emily Sutton Dezio, for plaintiff-appellant.*

*Curtis W. Euler for defendant-appellee City of Asheville.*

*Fred T. Hamlet for defendant-appellees CCL Management, Inc. and Asheville City Coach Lines, Inc.*

*Legal Aid Society of Northwest North Carolina, by Andrea S. Kurtz; Morrison & Foerster LLP, by James M. Bergin, Beth S. Brinkmann, Seth M. Galanter, and Timothy C. Lambert; and Legal Momentum, by Deborah A. Widiss and Beth S. Posner, for Legal Momentum, Peace at Work, The N.C. Coalition Against Domestic Violence, The N.C. Occupational Safety and Health Project, The Domestic Violence Advocacy Center, Legal Aid of North Carolina, Inc., Professor Deborah M. Weissman, The Family Violence Prevention Center of Orange County, and 20 Other National, Local, and Regional Organizations and Individuals Supporting Plaintiff Appellant and Urging Reversal,[1] amici curiae.*

---

1. The entities collectively referred to as "20 Other National, Local, and Regional Organizations and Individuals Supporting Plaintiff Appellant and Urging Reversal" are identified in *amici curiae*'s brief as: The Domestic Violence Legal Empowerment and Appeals Project, The National Association of Women Lawyers, The National Coalition

**DANIEL v. MOORE**

[359 N.C. 183 (2004)]

PER CURIAM.

AFFIRMED.

━━━━━━━━━━

PAUL JOSEPH DANIEL AND LISA HORNE DANIEL v. JEFF G. MOORE, INDIVIDUALLY, JEFF G. MOORE ENTERPRISES, INC., THROUGH ITS REGISTERED AGENT JEFF G. MOORE, THE COUNTY OF WAYNE, THROUGH ITS MANAGER WILL R. SULLIVAN AND JOSEPH B. NASSEF, JR., INDIVIDUALLY AND IN HIS CAPACITY AS A BUILDING INSPECTOR FOR THE COUNTY OF WAYNE

No. 334A04

(Filed 17 December 2004)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 596 S.E.2d 465 (2004), vacating a consent judgment entered on 10 October 2002 and reversing an order denying plaintiffs' motion for a new trial entered on 8 January 2003 by Judge B. Jerry Braswell in Superior Court, Wayne County. Heard in the Supreme Court 8 December 2004.

*Meredith P. Ezzell and Randolph M. James for plaintiff-appellees.*

*David M. Rouse for defendant-appellants Jeff G. Moore and Jeff G. Moore Enterprises, Inc.*

PER CURIAM.

AFFIRMED.

Against Domestic Violence, The National Organization for Women Foundation, The National Center for Victims of Crime, The Sargent Shriver National Center on Poverty Law, The D.C. Employment Justice Center, The DV Initiative, The Domestic Violence Victim's Assistance Project, Family Violence Prevention Services, Inc., Jodi Finkelstein, The Hawaii State Coalition Against Domestic Violence, The New Hampshire Coalition Against Domestic and Sexual Violence, The Northwest Women's Law Center, Southeast Tennessee Legal Services in Chattanooga, The University of Southern California Law School Domestic Violence Clinic, Merle H. Weiner, Kelly Weisberg, The Women's Law Center of Maryland, Inc., and The Women's Law Project.